IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| **Universal North America Insurance Company** | Civil Action No. 4:19-cv-01285-DCC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **Kevin Canty, Tracy Canty, and United States Department of Agriculture Rural Housing Service** | |
| Defendants | |
| ------------------------------------------------ | |
| **Tracy Canty,** | |
| Counter Claimant | |
| V | |
| **Universal North America Insurance Company,** | |
| Counter Defendant | |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within

sixty (60) days petition the Court to enforce the settlement.  <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

       IT IS SO ORDERED.

                <u>s/ Donald C. Coggins, Jr.</u>
                Honorable Donald C. Coggins Jr.
                UNITED STATES DISTRICT JUDGE

November 15, 2021
Spartanburg, South Carolina