IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
Civil Action No. 4:19-cv-01285-DCC

| | |
|---|---|
| Universal North American Insurance Company, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| Kevin Canty, Tracy Canty and United States Department of Agriculture Rural Housing Service | ) NOTICE OF APPEAL BY ) TRACY CANTY ) |
| Defendants. | ) ) ) |

Notice is hereby given that Tracy Canty, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the 4th Circuit from the Opinion and Order Granting Plaintiff's Motion for Judgment on the Pleadings and Dismissing Tracy Canty's Counterclaims (Dkt. 45) entered in this action on the 3rd day of August 2020, and the Memorandum and Order entered Denying Defendant's Motion for Reconsideration (Dkt. 59) entered on January 19, 2021. Tracy Canty also appeals the denial of her Motion to Amend her Answer and Counterclaim (Dkt 64) entered on the 5th day of April 2021. These orders became final with the dismissal of the other claims on November 15, 2021

        s/Louis D. Nettles
        Louis D. Nettles
        PO Box 5533
        Florence SC 29502
        843-942-1444

                                              Louis@NettlesFirm.com
                                              Bar No. 2521
                                              Attorney for Tracy Canty

                                              _s/John David Whisenhunt, Jr.
                                              John David Whisenhunt, Jr.
                                              PO Drawer 1200
                                              Florence SC 29503
                                              johndavid@whisenhuntlaw.com
                                              Bar No. 4608
                                              Attorney for Tracy Canty

December 12, 2021